No. 02–8249. CAMPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8256. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8258. CARLESS v. MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 02–8259. COLEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8260. EVANS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8261. DEFEO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–8262. BIRDSALL v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 02–8264. ALLEN v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8265. BATES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8266. AYON-ASTORGA, AKA LOPEZ-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8268. DELLINGER v. BOWEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–8269. TREVINO v. TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–8270. YANEZ-SAUCEDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8271. WALKER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8276. COLLINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.